JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| Benjamin Fortson, et al., | |
|---|---|
| Plaintiffs, | Case No. EDCV 17-2003 JGB (SHKx) |
| v. | |
| Big Lots, Inc., | |
| Defendant. | **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Big Lots, Inc. is GRANTED. Plaintiffs Benjamin and Charlotte Fortson's complaint against Defendant is DISMISSED.

Judgment is entered in favor of Defendant.

Dated: October 25, 2019

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge